WILLIE JONES, Respondent, v. UNITED STATES LINES, INC., Appellant.—

Concur — Stevens, P. J., Capozzoli, Nunez, McNally and Tilzer, JJ.

MONROE FUCHS, Doing Business as ORION KARL DALEY, Appellant, v. ENVIRONMENTAL RESEARCH AND DEVELOPMENTAL CORPORATION, Respondent.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and McNally, JJ.